# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KYLE WILSON                                                                                   PLAINTIFF

v.                                No. 4:17CV00869 JLH

S2W CONTRACTING, LLC                                                  DEFENDANT

## ORDER OF DISMISSAL

The joint motion to dismiss is GRANTED. Document #10. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 4th day of January, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE